NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**FORHEALTH TECHNOLOGIES, INC.,**
**also known as FHT, Inc.,**
*Appellant,*

**v.**

**INTELLIGENT HOSPITAL SYSTEMS LTD.,**
*Appellee.*

―――――――――

2014-1348

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/000,333.

―――――――――

**JUDGMENT**

―――――――――

DAVID LEASON, Leason Ellis LLP, of White Plains, New York, argued for appellant.

KEVIN B. LAURENCE, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., of Alexandria, Virginia, argued for appellee. With him on the brief was GREG H. GARDELLA.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  November 10, 2014  
Date

  /s/  Daniel  E.  O'Toole  
Daniel E. O'Toole  
Clerk of Court